United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES WELFARE FUND, AUTOMOTIVE INDUSTRIES PENSION FUND, JIM BENO, TRUSTEE,

Plaintiffs,

v.

SALEL SERVICE INC, INC., a California corporation, also known as SALEL AUTOMOTIVE SERVICE,

Defendant.

No. C 06-03060 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court is in receipt of defendant Lawrence Nobriga's letter of August 29, 2006, advising of his unavailability to attend a further case management conference on September 14, 2006, due to a previous out-of-town engagement. The Court, therefore, **CONTINUES** the conference to **SEPTEMBER 21, 2006, AT 11:00 A.M.**

**IT IS SO ORDERED.**

Dated: September 7, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE